BENNETT ROBERTSON, plaintiff in error, vs. ALEXANDER PHARR, defendant in error.

A motion to traverse a return of service by the sheriff, after stating the case, alleged as follows : "And now comes the defendant, and during the first term after knowledge that any entry of service was made serving him, defendant, by Matthew Kemp, with a copy of the declaration, and traverses said return, and says the same is untrue and false, and he avers that no service of any kind, personally or otherwise, was ever perfected on him, and of this he prays judgment:"

*Held,* that a demurrer thereto was properly overruled.

WARNER, Chief Justice.

---

JOHN PURYEAR, plaintiff in error, vs. A. C. CLEMENTS, defendant in error.

The sufficiency of the evidence to establish certain facts, being the only question for decision, and the superior court having held the evidence sufficient, and refused to interfere with the judgment of the primary court, which was brought up by *certiorari* for review, and the evidence not being plainly insufficient, this court will not interfere.

BLECKLEY, Judge.

---

Cox & HILL *et al.*, plaintiffs in error, vs. WILLIAM R. PHILLIPS, JR., *et al.*, defendants in error.

As a judgment, solemnly pronounced by a judge of the superior court, on a question within his jurisdiction, is presumptively correct, and as the doubts of this court should be given in favor of, and not against such judgment, and as the grant of the injunction was coupled with conditions calculated to secure the defendants in the bill against ultimate loss, the safer and better course, under the facts of this particular case, is not to interfere with the discretion exercised in granting the injunction. It is not clearly apparent that the discretion was abused.

BLECKLEY, Judge.